# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **PRESTON ZIMMERMAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| **ELSO INC,** § | |
| § | |
| **DOES 1 TO 25,** § | |
| § | |
| Defendant. | |

## INDEX OF MATTERS BEING FILED

| **Exhibit A** | This Index of Matters Being Filed |
|---|---|
| **Exhibit B** | State Court Docket Sheet |
| **Exhibit C** | True and Correct Copies of all Executed Process, All Pleadings, All Motions, and All Orders Signed by State Court Judge |
| C-1 | Plaintiff's Original Petition |
| **Exhibit D** | Declaration of Sprinavasa Brown |
| **Exhibit E** | List of Counsel of Record |
| **Exhibit F** | Notice to State Court of Filing Notice of Removal |

Dated: May 7, 2024                                    Respectfully submitted,


                                                                        */s/ Luke C. MacDowall*
                                                                        Luke C. MacDowall (Attorney-in-Charge)
                                                                        State Bar No. 24104445
                                                                        Federal I.D. No. 2983511
                                                                        Aaron Pannell
                                                                        State Bar No. 24134244
                                                                        Federal I.D. No. 3690295
                                                                        LITTLER MENDELSON, P.C.
                                                                        1301 McKinney Street, Suite 1900
                                                                        Houston, TX  77010
                                                                        Telephone:      713.951.9400
                                                                        Facsimile:       713.951.9212
                                                                        LMacDowall@littler.com
                                                                        APannell@littler.com

                                                                        **ATTORNEYS FOR DEFENDANT**
                                                                        **ELSO INCORPORATED**